**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1764**

DANIEL H. ROSS,

                                        Plaintiff - Appellant,

        versus

TRIAD    FINANCIAL    CORPORATION;    OURISMAN
CHEVROLET COMPANY, INCORPORATED,

                                        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Roger  W.  Titus,  District  Judge.
(8:06-cv-02122-RWT)

Submitted:  November 20, 2007     Decided:  November 28, 2007

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel H. Ross, Appellant Pro Se. Michael Kevin Hourigan, FERGUSON,
SCHETELICH & BALLEW, PA, Baltimore, Maryland; Carolyn Chappell
Williamson, CECE WILLIAMSON, LLC,
Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel H. Ross appeals the district court's orders dismissing his complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ross v. Triad Financial Corp., No. 8:06-cv-02122-RWT (D. Md. July 10 & 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED